1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         OAKLAND DIVISION

12 ROCIO RUIZ-ROBLES,                    )
                                         ) No. C 06-3244 CW
13              Petitioner,              )
                                         )
14         v.                            )
                                         ) **STIPULATION TO DISMISS; AND**
15 ALBERTO GONZALES, Attorney General    ) **ORDER**
   of the United States, and DAVID STILL,)
16 Acting District Director, San Francisco Office, )
   U.S. Bureau of Citizenship and Immigration )
17 Services,                             )
                                         )
18              Respondents.             )
   _____)
19
      Petitioner, and Respondents, by and through their attorneys of record, hereby stipulate, subject
20
   to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of
21
   the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate
22
   petitioners's application for naturalization and agrees to adjudicate such application within 30 days
23
   of the dismissal of this action.
24
      Each of the parties shall bear their own costs and fees.
25
   ///
26
   ///
27
   ///
28

Stip. To Dismiss
C06-3244 CW

1 | Dated: August 7, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Respondents

Date: August 7, 2006

/s/
FRANK P. SPROULS
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  8/10/06

CLAUDIA WILKEN
United States District Judge

Stip. To Dismiss
C06-3244 CW                                    2